IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARTHA CRANE                                                                                    PLAINTIFF

V.                                            CASE NO. 12-CV-1082

CROSSETT HEALTH FOUNDATION d/b/a
ASHLEY COUNTY MEDICAL CENTER; and
DR. STEVE LYNN                                                                               DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss With Prejudice. (ECF 31). Plaintiff advises the Court that all claims in this case have been resolved.  Upon consideration, the Motion to Dismiss is **GRANTED**, and all claims are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and fees, except as provided by the settlement agreement between the parties.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 10th day of February, 2014.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge